THOMAS M. SCULLY, Appellant, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Respondent.

*Scully* v. *N. Y., L. E. & W. R. R. Co.*, 80 Hun, 197, affirmed.
(Argued January 27, 1897; decided February 12, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the third judicial department, entered December 14, 1894, which reversed, upon questions of law only, a judgment in favor of plaintiff entered upon a verdict and granted a new trial.

*John W. Lyon* for appellant.

*Henry Bacon* for respondent.

Order affirmed and judgment absolute ordered for defendant, with costs; no opinion.
All concur.

---

EUGENE HECKMAN, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

*Heckman* v. *City of Buffalo*, 81 Hun, 615, affirmed.
(Argued January 29, 1897; decided February 12, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered October 25, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Charles L. Feldman* and *Albert H. Jackson* for appellant.

*William B. Hoyt* and *Frank H. Callan* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not sitting.